BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION

| In re: Behr DeckOver Marketing and Sales Practices Litigation | MDL No. _____ |
|---|---|

## SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Joan Edwards on behalf of herself and all others similarly situated. **Defendant:** Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc. | Western District of North Carolina (Charlotte) | 3:17-cv-00683 | Hon. Frank D. Whitney |
| **Plaintiff:** Linne Rose on behalf of himself and all others similarly situated. **Defendant:** Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc. | Western District of Washington (Seattle) | 2:17-cv-01754 | Hon. Marsha J. Pechman |
| **Plaintiff:** Kenneth Hamil and Linda Stratton-Hamil on behalf of himself and all others | Middle District of Florida (Orlando) | 6:17-cv-02058 | Hon. Gregory A. Presnell |

| | | | |
|---|---|---|---|
| similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc. | | | |
| **Plaintiff:**<br>Michael Leiker on behalf of himself and all others similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc | District of Oregon (Portland 3) | 3:17-cv-01909 | Hon. Stacie F. Beckerman |
| **Plaintiff:**<br>Aaron Amborn, Stacey Clow, Aaron Corneail, Joel Darby, James Droge, Deborah Durda, William Elger, Anne Gober, Bruce Hultmark, Janice Huskey, Paula Kastanis, Erik Lagesen, Brian Lange, Laurie McCall, Glen Meyers, Thomas Noftzger, Darin Richey, Philip Ross, Diane Stricklin, Ronald Stricklin, Bruce Tobey, Charles Weygant, Zenas Whitehead, Heather Wood, David Wormwood, and | Central District of California (Southern Division - Santa Ana) | 8:17-cv-01016 | Hon. Andrew J. Guilford |

| | | | |
|---|---|---|---|
| Bryon Zablotny, individually and on behalf of all others similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc | | | |
| **Plaintiff:**<br>Kathleen Bishop, Nancy Graf, Jeanne Haman, Tom Paul, And Mark Sumpter individually and on behalf of the putative class<br><br>**Defendant:**<br>Behr Process Corp..; The Home Depot, Inc.; and Home Depot U.S.A., Inc. | Northern District of Illinois (Chicago) | 1:17-cv-04464 | Hon. John Robert Blakey |
| **Plaintiff:**<br>Martha Cole and Wayne Honsberger, individually and on behalf of themselves and all others similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.; Behr Paint Corp.; Masco Corp.; The Home Depot, Inc.; and Home Depot U.S.A., Inc | Eastern District of New York (Brooklyn) | 1:17-cv-05052 | Hon. LaShann DeArcy Hall |
| **Plaintiff:**<br>Barry Brock, individually and on behalf of all others | District of New Jersey (Newark) | 2:17-cv-12341 | Hon. John Michael Vazquez |

| | | | |
|---|---|---|---|
| similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.;<br>Behr Paint Corp.;<br>Masco Corp.; The Home Depot, Inc.;<br>and Home Depot U.S.A., Inc | | | |
| **Plaintiff:**<br>Michael Hamilton, individually and on behalf all others similarly situated.<br><br>**Defendant:**<br>Behr Process Corp.;<br>Behr Paint Corp.;<br>Masco Corp.; The Home Depot, Inc.;<br>and Home Depot U.S.A., Inc | Eastern District of California (Sacremento) | 2:17-cv-01765 | Hon. Kimberly J. Mueller |

Dated: December 4, 2017

/s/ Daniel K. Bryson
Daniel K. Bryson
Patrick M. Wallace
WHITFIELD BRYSON & MASON
900 West Morgan Street
Raleigh, NC 27609
Tel: (919) 600-5000
Fax: (919) 600-5035
Email: dan@wbmllp.com
pat@wbmllp.com

*Counsel for Plaintiffs Linne Rose and Joan Edwards*