**BEFORE THE UNITED STATES JUDICIAL
PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: Behr DeckOver Marketing and Sales Practices Litigation | MDL No. _____ |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, and Proof of Service was served via First Class Mail, postage prepaid to the following:

| | |
|---|---|
| Frank G. Johns<br>Clerk of the Court<br>United States District Court<br>For the Western District of North Carolina<br>United States Courthouse<br>Charles R. Jonas Federal Building<br>401 West Trade Street, Room 210<br>Charlotte, NC 28202 | William M. McCool<br>Clerk of the Court<br>United States District Court<br>For the Western District of Washington<br>United States Courthouse<br>700 Stewart Street, Suite 2310<br>Seattle, WA 98101 |
| Elizabeth M. Warren<br>Clerk of the Court<br>United States District Court<br>For the Middle District of Florida<br>George C. Young U.S. Courthouse & Federal Building<br>401 West Central Boulevard<br>Orlando, FL 32801 | Mary L. Morgan<br>Clerk of the Court<br>United States District Court<br>For the District of Oregon<br>740 U.S. Courthouse<br>1000 SW Third Avenue<br>Portland, OR 97204 |
| Gregory J. Linhares<br>Clerk of the Court<br>United States District Court<br>For the Eastern District of Missouri<br>United States Courthouse<br>111 South 10th Street<br>St. Louis, MO 63102 | Kiry Gray<br>Clerk of the Court<br>United States District Court<br>For the Central District of California<br>Ronald Reagan Federal Building and U.S. Courthouse<br>411 West 4th Street, Room 1053<br>Santa Ana, CA 92701-4516 |

| Thomas G. Bruton                          | Douglas C. Palmer                         |
| Clerk of the Court                        | Clerk of the Court                        |
| United States District Court              | United States District Court              |
| For the Northern District of Illinois     | For the Eastern District of New York      |
| Everett McKinley Dirksen                  | United States Courthouse                  |
| United States Courthouse                  | 225 Cadman Plaza East                     |
| 219 South Dearborn Street                 | Brooklyn, NY 11201                        |
| Chicago, IL 60604                         |                                           |
| William T. Walsh                          | Marianne Matherly                         |
| Clerk of the Court                        | Clerk of the Court                        |
| United States District Court              | United States District Court              |
| For the District of New Jersey            | For the Eastern District of California    |
| Martin Luther King Building               | Robert T. Matsui United States Courthouse |
| & U.S. Courthouse                         | 501 "I" Street                            |
| 50 Walnut Street                          | Sacramento, CA 95814                      |
| Newark, NJ 07101                          |                                           |

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, and Proof of Service was served via email to the following:

| Eric Riley Nusser | Beth E. Terrell |
|---|---|
| Terrell Marshall Law Group, PLLC | Terrell Marshall Law Group, PLLC |
| 936 North 34th St. | 936 North 34th St. |
| Suite 300 | Suite 300 |
| Seattle, WA 98103-8869 | Seattle, WA 98103-8869 |
| eric@terrellmarshall.com | bterrell@terrellmarshall.com |
| *Attorney for Plaintiff Linne Rose, Western District of Washington, 2:17-cv-01754* | *Attorney for Plaintiff Linne Rose, Western District of Washington, 2:17-cv-01754* |
| Daniel K. Bryson | Frank Michael Petosa |
| Scott C. Harris | Morgan & Morgan, PA |
| Patrick M. Wallace | Suite 400 |
| Whitfield Bryson & Mason LLP | 600 N Pine Island Rd |
| 900 West Morgan St. | Plantation, FL 33324 |
| Raleigh, NC 27603 | fpetosa@forthepeople.com |
| dan@wbmllp.com | *Attorney for Plaintiffs Kenneth Hamil and Linda Straton-Hamil, Middle District of Florida, 6:17-cv-02058* |
| scott@wbmllp.com | |
| pat@wbmllp.com | |
| *Attorney for Plaintiff Linne Rose, Western District of Washington, 2:17-cv-01754 and Plaintiff Joan Edwards, Western District of North Carolina, 3:17-cv-00683* | |

| | |
|---|---|
| Sean Clinton Woods<br>Audet & Partners, LLC<br>711 Van Ness Ave<br>Suite 500<br>San Francisco, CA 94102<br>cwoods@audetlaw.com<br>*Attorney for Plaintiff Hamilton, Eastern District of California, 8:17-cv-01016* | Panagiotis V. Albanis<br>Morgan & Morgan, PA<br>12800 University Dr - Ste 600<br>PO Box 9504<br>Ft Myers, FL 33906<br>palbanis@forthepeople.com<br>*Attorney for Plaintiffs Kenneth Hamil and Linda Straton-Hamil, Middle District of Florida, 6:17-cv-02058* |
| Steve D. Larson<br>Stoll Stoll Berne Lokting & Shlachter P.C.<br>209 SW Oak Street<br>Suite 500<br>Portland, OR 97204<br>slarson@stollberne.com<br>*Attorney for Plaintiff Michael Leiker, District of Oregon, 3:17-cv-01909* | Amanda M Karl<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>amk@classlawgroup.com<br>*Attorney for Plaintiff Richey, Central District of California, 8:17-cv-01016* |
| David K. Stein<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>ds@classlawgroup.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464*<br><br>*Attorney for Plaintiff Richey, Central District of California, 8:17-cv-01016* | Eric H. Gibbs<br>Gibbs Law Group LLP<br>505 14th Street Suite 1110<br>Oakland, CA 94612<br>ehg@classlawgroup.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464*<br><br>*Attorney for Plaintiffs Richey, Amborn, McCall, Tobey, Noftzger, Whitehead, Huskey, Lange, Droge, Wood, Clow, Stricklin, Lagesen, Gober, Wormwood, Weygant, Corneail, Durda, Darby, Zablonty, Meyers, Ross, Elger, and Hultmark Central District of California, 8:17-cv-01016* |
| Katrina Carroll<br>Lite DePalma Greenberg LLC<br>211 W. Wacker Drive<br>Suite 500<br>Chicago, IL 60606<br>kcarroll@litedepalma.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* | Andrew W Ferich<br>Chimicles & Tikellis LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>awf@chimicles.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* |

| | |
|---|---|
| Stephen R Basser<br>Barrack Rodos and Bacine<br>One America Plaza<br>600 West Broadway Suite 900<br>San Diego, CA 92101<br>619-230-0800<br>Fax: 619-230-1874<br>sbasser@barrack.com<br>*Attorney for Plaintiffs Huskey, Kastanis, Lange, Droge, Wood, Clow, Stricklin, Lagesen, Central District of California, 8:17-cv-01016* | Jonathan Shub<br>Kohn Swift and Graf PC<br>One South Broad Street Suite 2100<br>Philadelphia, PA 19107<br>jshub@kohnswift.com<br>Attorney for Plaintiffs Gober,<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464*<br><br>*Attorney for Plaintiffs Gober, Wormwood, Weygant, Corneail, Durda, Darby, and Zablonty, Central District of California, 8:17-cv-01016* |
| Benjamin F. Johns<br>Chimicles & Tikellis LLP<br>361 W. Lancaster Avenue<br>Haverford, PA 19041<br>bfj@chimicles.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* | Ismael Tariq Salam<br>Lite DePalma Greenberg LLC<br>211 W. Wacker Drive<br>Suite 500<br>Chicago, IL 60606<br>salam@litedepalma.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* |
| Kyle Alan Shamberg<br>Lite DePalma Greenberg, LLC<br>211 W. Wacker Drive<br>Suite 500<br>Chicago, IL 60606<br>kshamberg@litedepalma.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* | Michael F. Ram<br>Robins Kaplan LLP<br>Suite 100<br>2440 West El Camino Real<br>Suite 100<br>Mountain View, CA 94040<br>mram@robinskaplan.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* |
| Steven A Schwartz<br>Chimicles & Tikellis<br>One Haverford Centre<br>361 West Lancaster Avenue<br>Haverford, PA 19041<br>sas@chimicles.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* | Susan Brown<br>Robins Kaplan LLP<br>2440 W El Camino<br>Suite 100<br>Mountain View, CA 94040<br>sbrown@robinskaplan.com<br>*Attorney for Plaintiff Bishop, Graf, Haman, Paul, Sumpter, North District of Illinois, 1:17-cv-04464* |

| | |
|---|---|
| Charles E. Schaffer<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>cschaffer@lfsblaw.com<br>*Attorney for Plaintiffs Cole and Honsberger, Eastern District of New York 1:17-cv-05052* | Matthew T. Prewitt<br>Cuneo, Gilbert & LaDuca, LLP<br>16 Court Street<br>Suite 1012<br>Brooklyn, NY 11241<br>mprewitt@cuneolaw.com<br>*Attorney for Plaintiffs Cole and Honsberger, Eastern District of New York 1:17-cv-05052* |
| Melissa W. Weiner<br>Halunen Law<br>80 South Eighth Street<br>1650 IDS Center<br>Minneapolis, MN 55402<br>Email: weiner@halunenlaw.com<br>*Attorney for Plaintiffs Cole and Honsberger, Eastern District of New York 1:17-cv-05052*<br><br>*Attorney for Plaintiff Hamilton, Eastern District of California, 8:17-cv-01016* | Peter Gil-Montllor<br>Cuneo, Gilbert & LaDuca, LLP<br>16 Court Street<br>Suite 1012<br>Brooklyn, NY 11241<br>pgil-montllor@cuneolaw.com<br>*Attorney for Plaintiffs Cole and Honsberger, Eastern District of New York 1:17-cv-05052* |
| Michael M. Weinkowitz<br>Levin, Fishbein, Sedran & Berman, Esqs.<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>mweinkowitz@lfsblaw.com<br>*Attorney for Plaintiff Brock, District of New Jersey, 2:17-cv-12341* | Michael McShane<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102<br>mmcshane@audetlaw.com<br>*Attorney for Plaintiff Hamilton, Eastern District of California, 8:17-cv-01016* |
| Ling Y. Kuang<br>Audet & Partners, LLP<br>711 Van Ness Avenue<br>Suite 500<br>San Francisco, CA 94102<br>lkuang@audetlaw.com<br>*Attorney for Plaintiff Hamilton, Eastern District of California, 8:17-cv-01016* | Claude M. Millman<br>Kostelanetz & Fink LLP<br>7 World Trade Center<br>35th floor<br>New York, NY 10007<br>cmillman@kflaw.com<br>*Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and Masco Corporation, Eastern District of New York 1:17-cv-05052* |
| Michael Jaeger<br>Latham and Watkins LLP<br>355 South Grand Avenue Suite 100<br>Los Angeles, CA 90071<br>michael.jaeger@lw.com | Kathleen P. Lally<br>Latham and Watkins LLP<br>330 North Wabash Avenue Suite 2800<br>Chicago, IL 60611<br>kathleen.lally@lw.com |

| | |
|---|---|
| *Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and Masco Corporation, Eastern District of California, 8:17-cv-01016, Central District of California, 8:17-cv-01016* | *Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and Masco Corporation, Eastern District of California, 8:17-cv-01016, Eastern District of New York 1:17-cv-05052, Central District of California, 8:17-cv-01016*<br><br>*Attorney for Defendants Behr Process Corporation and Behr Paint Corporation North District of Illinois, 1:17-cv-04464* |
| Mark S. Mester<br>Latham and Watkins LLP<br>330 North Wabash Avenue Suite 2800<br>Chicago, IL 60611<br>mark.mester@lw.com<br>*Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and Masco Corporation, Eastern District of California, 8:17-cv-01016, Eastern District of New York 1:17-cv-05052, Central District of California, 8:17-cv-01016*<br><br>*Attorney for Defendants Behr Process Corporation and Behr Paint Corporation North District of Illinois, 1:17-cv-04464* | Adina Witzling Stowell<br>Umberg Zipser LLP<br>1920 Main Street Suite 750<br>Irvine, CA 92614<br>astowell@umbergzipser.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. Central District of California, 8:17-cv-01016* |
| Jeffrey K Douglass<br>Morris Manning and Martin LLP<br>3343 Peachtree Road NE Suite 1600<br>Atlanta, GA 30326<br>jkd@mmmlaw.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. Eastern District of California, 8:17-cv-01016, Eastern District of New York 1:17-cv-05052, North District of Illinois, 1:17-cv-04464, Central District of California, 8:17-cv-01016* | Robert P. Alpert<br>Morris Manning and Martin LLP<br>3343 Peachtree Road NE Suite 1600<br>Atlanta, GA 30326<br>rpa@mmmlaw.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. Eastern District of California, 8:17-cv-01016, Eastern District of New York 1:17-cv-0505, North District of Illinois, 1:17-cv-04464, Central District of California, 8:17-cv-01016* |
| Dean J Zipser<br>Umberg Zipser LLP<br>1920 Main Street Suite 200<br>Irvine, CA 92614<br>dzipser@umbergzipser.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. Central* | Brian P. Ketcham<br>Kostelanetz and Fink, LLP<br>7 World Trade Center<br>New York, NY 10007<br>bketcham@kflaw.com<br>*Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and* |

| | |
|---|---|
| *District of California, 8:17-cv-01016* | *Masco Corporation, Eastern District of New York 1:17-cv-05052* |
| William Ross Warne<br>Downey Brand, LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>bwarne@downeybrand.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. Eastern District of California, 8:17-cv-01016* | George Robert Dougherty<br>Shook, Hardy & Bacon LLP<br>111 South Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>docket@shb.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. North District of Illinois, 1:17-cv-04464* |
| Gretchen D. Kaplan<br>Shook, Hardy & Bacon LLP<br>111 South Wacker Drive<br>Suite 5100<br>Chicago, IL 60606<br>gkaplan@shb.com<br>*Attorney for Defendants The Home Depo Inc. and The Home Depot U.S.A., Inc. North District of Illinois, 1:17-cv-04464* | Gregory Stephen Mortenson<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>gregory.mortenson@lw.com<br>*Attorney for Defendants Behr Process Corporation, Behr Paint Corporation, and Masco Corporation, Eastern District of New York 1:17-cv-05052* |

Dated: December 4, 2017

/s/ Daniel K. Bryson
Daniel K. Bryson
Patrick M. Wallace
WHITFIELD BRYSON & MASON
900 West Morgan Street
Raleigh, NC 27609
Tel: (919) 600-5000
Fax: (919) 600-5035
Email: dan@wbmllp.com
pat@wbmllp.com

*Counsel for Plaintiffs Linne Rose and Joan Edwards*