UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Kathleen Bishop, et al.
                                   Plaintiff,

v.                                                    Case No.: 1:17−cv−04464
                                                    Honorable John Robert Blakey

Behr Paint Corporation, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

        MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 12/6/2018. Plaintiff's unopposed motion for final approval of settlement and certification of settlement [111] is granted for the reason stated in open court. Parties shall submit a proposed order consistent with this Court's standing order, on or before 12/13/2018. Status hearing set for 6/6/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.