

**FILED**

JUL 28 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |
|---|---|
| AARON AMBORN, et al., | |
| Plaintiffs, | |
| v. | Case No. 17-cv-4464 |
| BEHR PROCESS CORPORATION; BEHR PAINT CORPORATION; MASCO CORPORATION; and THE HOME DEPOT USA INC., | Hon. John Robert Blakey |
| Defendants. | |

**MOTION TO WITHDRAW OBJECTION TO FINAL JUDGMENT ORDER
GRANTING APPROVAL OF SETTLEMENT AND MOTION FOR RELIEF FROM
FINAL JUDGMENT ORDER**

Putative class members, Tracy Daniel Venters and Tricia Lin Venters (hereafter Objectors), hereby move to withdraw the Objection to Final Judgment Order Granting Approval of Settlement and Motion for Relief from Final Judgment Order that they filed on July 8, 2021. Objectors note in support that they have been contacted by counsel for defendants Behr Process Corporation and Behr Paint Corporation and that Objectors' concerns about the final judgment order have been resolved to their satisfaction.

Dated: July 20, 2021            Respectfully submitted,

*/s/ Tracy Daniel Venters*

Tracy Daniel Venters
4213 Jayme Drive
Lawrence, KS 66049
tdvent@gmail.com
(785) 424-3974

*/s/ Tricia Lin Venters*

Tricia Lin Venters
4213 Jayme Drive
Lawrence, KS 66049

2