# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Kathleen Bishop, et al.

                    Plaintiff,

v.                                         Case No.: 1:17–cv–04464
                                                           Honorable John Robert Blakey

Behr Paint Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

      MINUTE entry before the Honorable John Robert Blakey: The parties represent in their joint status report [173] that the three remaining ADR claims have been resolved, the parties are not aware of any other ADR or non–ADR claims that remain in dispute, and they agree the Court should close this case. Based on the parties' representations that no claims remain in dispute, the Court hereby dismisses this case. Any pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.